AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JONATHAN & ROBYN MOON,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER: **3:11-CV-00209-RCJ-RAM**

BRIAN T. MOYNIHAN, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motions to dismiss (DKT #s 17, 29, 34) are GRANTED without leave to amend.

  09/08/2011                                             **LANCE S. WILSON**
                                                                   Clerk

                                                               /s/ P. McDonald
                                                                Deputy Clerk